UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HENNEBERRY,<br><br>    Plaintiff,<br><br>   v.<br><br>COUNTY OF ALAMEDA, CALIFORNIA, et al.,<br><br>    Defendants. | Case No.  16-cv-02766-EDL<br><br>**ORDER EXTENDING BRIEFING AND HEARING SCHEDULE**<br><br>Re: Dkt. No. 36 |

The Court is in receipt of pro se Plaintiff John Henneberry's letter requesting additional time to respond to the multiple motions to dismiss his complaint currently set for August 23, 2016. In light of the multiple issues raised by the four separate motions, Plaintiff's request is granted. Plaintiff's opposition to the motions shall be due August 10.  Defendants' replies shall be due on August 17.  A hearing on the motions will be held on September 6, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 21, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge